THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 30 PM 2: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| RODNEY GOOL and MARLON SMITH | ) ) ) | |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | No. 04-2444-Ma/P |
| JIM KERAS NISSAN, INC., and JIM KERAS, Owner (Individually), | ) ) ) ) | |
| DEFENDANTS. | ) | |

ORDER EXTENDING DATE FOR DEFENDANTS TO FILE
DISPOSITIVE MOTIONS

IT APPEARING to the Court that the Defendants have shown good cause to

extend the date for filing Dispositive Motions and that the Plaintiffs do not oppose an

extension.

IT IS ORDERED that the Defendants shall have to and including July 11, 2005,

to file Dispositive Motions.

Dated this 30 of June 2005.

UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-30-05

14

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02444 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Dwight G. McQuirter
DWIGHT G. MCQUIRTER, PLLC
P.O. Box 243
Spring Hill, TN 37174

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT