IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RODNEY GOOL, ET AL.,

    Plaintiffs,

VS.                                         NO. 04-2444-MaP

JIM KERAS NISSAN, INC., ET AL.,

    Defendants.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

Before the court is the plaintiffs' August 5, 2005, unopposed motion requesting an extension of time within which to file a response to the defendants' motions for summary judgment. For good cause shown, the motion is granted. The plaintiffs shall have additional time to and including August 15, 2005, within which to file a response.

It is so ORDERED this 18th day of August, 2005.

                                              SAMUEL H. MAYS, JR.
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02444 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Dwight G. McQuirter
DWIGHT G. MCQUIRTER, PLLC
P.O. Box 243
Spring Hill, TN 37174

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT