IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RODNEY GOOL and MARLON SMITH | ) ) ) |
| PLAINTIFFS, | ) ) ) |
| v. | ) No. 04-2444-Ma/P ) |
| JIM KERAS NISSAN, INC., and JIM KERAS, Owner (Individually), | ) ) ) ) |
| DEFENDANTS. | ) |

## ORDER OF DISMISSAL

**IT APPEARING** to the Court that the above entitled action has been fully settled, adjusted, and compromised, and based on stipulation; therefore,

**IT IS ORDERED AND ADJUDGED** that the above entitled action be, and it is hereby, dismissed with prejudice, with each party bearing their own costs and attorney fees.

Dated this 24th of Oct. 2005.

_____
SAMUEL H. MAYS
UNITED STATES DISTRICT COURT JUDGE

So Stipulated:

_____ Date: 10-10-05
Dwight G. McQuirter #022929, Attorney for Plaintiffs

_____ Date: 10-6-05
W. Kerby Bowling, #9363, Attorney for Defendants

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-25-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02444 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Dwight G. McQuirter
DWIGHT G. MCQUIRTER, PLLC
P.O. Box 243
Spring Hill, TN 37174

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT