UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT 26 PM 4:57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T MEMPHIS

RODNEY GOOL and
MARLON SMITH,

      Plaintiffs,

v.                                                          Cv. No. 04-2444-Ma

JIM KERAS NISSAN, INC., and
JIM KERAS, Owner (individually)

      Defendants.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed October 25, 2005. Each party shall bear its own costs and attorney fees.

**APPROVED:**

/s/ [signature]
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 26, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK
/s/ [signature]
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __10-27-05__

37

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CV-02444 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Dwight G. McQuirter
DWIGHT G. MCQUIRTER, PLLC
P.O. Box 243
Spring Hill, TN 37174

Honorable Samuel Mays
US DISTRICT COURT